PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Bruce A Labar                                          Cr.: 14-00268-001
                                                                          PACTS #: 62618

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM C. GRIESBACH
                                         UNITED STATES DISTRICT COURT JUDGE (ED/WI)

Name of Assigned Judicial Officer:      THE HONORABLE SUSAN D. WIGENTON
                                         UNITED STATES DISTRICT COURT JUDGE (D/NJ)

Date of Original Sentence: 01/27/2012

Original Offense:   Count One:  Possession of Child Pornography, 18 U.S.C.§ 2252(a)(4)(B)

Original Sentence: 36 months imprisonment, 84 months supervised release

Special Conditions: Sex Offender Registration, Mental Health Treatment, Computer Monitoring/Restrictions, Search/Seizure, No Contact with Minors, No Possession of Pornographic Materials involving Minors, and Financial Disclosure.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 12/9/13

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On October 17, 2018, Labar was subject to a polygraph examination pertaining to his activity while on supervised release. The examiner noted deception on the following question "Since your last polygraph, besides what you discussed with your probation officer, while being on supervised release, have you been in the company of a minor unsupervised?" |
| 2 | On January 31, 2019, Labar appeared at the Somerset County Superior Court for a New Jersey State Parole Violation Hearing. The state parole office charged that on August 1, 2018, Labar was in possession of a nude image of his adult girlfriend and had accessed social media sites without approval. On March 15, 2019, Labar was sentenced by the Circuit Court for Marinette County in Wisconsin to 90 days conditional jail time without work release privileges. Labar is currently serving his sentence in Marinette County Jail in Wisconsin and is scheduled to be released on June 15, 2019. |

U.S. Probation Officer Action:

The probation office will continue to closely monitor the offender and his community associations via unannounced home visits, collateral contact with family and treatment provider. In addition, the probation office will continue to monitor offender's computer, internet access, schedule polygraph examinations, and amend his treatment plan as necessary. If we discover any non-compliance, we will notify Your Honor, and recommend an alternate course of action.

Respectfully submitted,

By: *Elisa Martinez*
Elisa Martinez
Senior U.S. Probation Officer
Date: 5/14/19

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] **No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)- present this as an official written reprimand to the offender**

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

May 15, 2019
Date